1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ASSOCIATION OF IRRITATED              **OLD** CASE NO.:
     RESIDENTS,                            **1:05-cv-01593-AWI-LJO**
12
                        Plaintiff,         **ORDER REASSIGNING ACTION**
13
     vs.                                   **NEW** CASE NO.:
14                                         **1:05-cv-01593-AWI-SMS**
     C&R VANDERHAM DAIRY, et al.,
15
                        Defendants.
16   _____/

17

18       It appearing that the above-captioned matter is related to

19   the following action:

20       <u>Association of Irritated Resident vs. Fred Schakel, et al.</u>
         1:05-cv-00707-AWI-SMS
21

22       IT IS HEREBY ORDERED that the above-captioned matter is

23   therefore reassigned from the docket of United States Magistrate

24   Judge Lawrence J. O'Neill (LJO) to the docket of United States

25   Magistrate Judge Sandra M. Snyder (SMS), and that all future

26   pleadings and/or correspondence be correctly numbered as follows:

27                        **1:05-cv-01593-AWI-SMS**

28   //

                                    1

The parties are herein advised that future use of an incorrect case number, including the magistrate judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer or staff.


IT IS SO ORDERED.

**Dated:     February 22, 2006              /s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE