# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an Unincorporated Association,<br><br>    Plaintiff,<br><br>v.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK and CORRIE VANDERHAM, owners and operators,<br><br>    Defendants. | CIV F 05-1593 AWI SMS<br><br>ORDER MOVING HEARING TO APRIL 24, 2006 |

Currently pending before this Court is Defendants's Rule 12(b)(1) motion to dismiss. This motion is set for hearing on April 17, 2006, at 1:30 p.m. On April 13, 2006, the parties filed a stipulation to move the hearing on this matter to April 24, 2006, at 1:30 p.m.

Accordingly, IT IS HEREBY ORDERED that the previously set hearing of April 17, 2006, is VACATED, and the hearing on this matter is now set for April 24, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   April 14, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE