# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an Unincorporated Association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK and CORRIE VANDERHAM, owners and operators,<br><br>　　　　Defendants. | CIV F 05-1593 AWI SMS<br><br>ORDER VACATING HEARING DATE OF APRIL 24, 2006 AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before this Court is Defendants's Rule 12(b)(1) motion to dismiss. This motion is set for hearing on April 24, 2006, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 24, 2006, is VACATED, and the parties shall not appear at that time.  As of April 24, 2006, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

/ / /

/ / /

1  IT IS SO ORDERED.

2  **Dated:      April 19, 2006**                            **/s/ Anthony W. Ishii**
   0m8i78                                                    UNITED STATES DISTRICT JUDGE

28                                         2