# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an Unincorporated Association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK and CORRIE VANDERHAM, owners and operators,<br><br>　　　　Defendants. | CIV F 05-1593 AWI SMS<br><br>ORDER MOVING HEARING TO SEPTEMBER 11, 2006 |

　　Currently pending before this Court is Defendants's Rule 12(b)(6) motion to dismiss. This motion is set for hearing on August 21, 2006, at 1:30 p.m.

　　The court has determined that it is necessary to reschedule the hearing on this matter. Therefore, IT IS HEREBY ORDERED that the previously set hearing of August 21, 2006, is VACATED, and the hearing on this matter is set for September 11, 2006, at 1:30 p.m.

IT IS SO ORDERED.

Dated:　　August 18, 2006　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE