IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an Unincorporated Association, | ) ) ) | CIV F 05-1593 AWI SMS |
| Plaintiff, | ) ) ) ) | ORDER TAKING DEFENDANTS'S RULE 12(b)(6) MOTION TO DISMISS UNDER SUBMISSION |
| v. | ) ) | |
| C&R VANDERHAM DAIRY, a California Proprietorship, and RICK and CORRIE VANDERHAM, owners and operators, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

Currently pending before this Court is Defendants's Rule 12(b)(6) motion to dismiss. This motion is set for hearing on September 11, 2006, at 1:30 p.m.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 11, 2006, is VACATED, and the parties shall not appear at that time.  As of September 11, 2006, the Court will take Defendants's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    September 7, 2006**              /s/ Anthony W. Ishii
h2ehf                                  UNITED STATES DISTRICT JUDGE