RENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>                Plaintiff,<br><br>        v.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators,<br><br>                Defendants. | NO. 1:05-CV-01593-AWI-SMS<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO AMEND THE COMPLAINT**<br><br>**Hon. Sandra M. Snyder** |

1   **WHEREAS,** after the initiation of this citizen suit to enforce the Clean Air Act and
2   California's State Implementation Plan, AIR learned of the relationship between Defendants
3   C&R Vanderham Dairy, *et al*. (collectively "Vanderham") and Ag Resources, LLC, and Corrie
4   Vanderham Dairy, Inc.  AIR also learned that C&R Vanderham Dairy is a general partnership
5   and not a proprietorship.

6   **WHEREAS,** on April 29, 2005, Ag Resources, LLC entered into a "Site Improvement
7   Construction Agreement" with Vander Weerd General Construction, Inc. to build a freestall dairy
8   "for C&R Vanderham Dairy" at the site at which the C&R Vanderham has been constructed and
9   which Ag Resources owned at the time.

10  **WHEREAS,** Ag Resources subsequently sold the property to Corrie Vanderham Dairy,
11  Inc. on February 2, 2006.  Corrie Vanderham Dairy, Inc., in turn, entered into an agreement to
12  lease the land and dairy facility to C&R Vanderham Dairy on February 13, 2006.  C&R
13  Vanderham Dairy is a general partnership between Corrie Vanderham Dairy, Inc. and Rick
14  Vanderham.  Corrie Vanderham, a current defendant, is the President of Corrie Vanderham
15  Dairy, Inc.

16  **WHEREAS,** as required by section 304(b) of the Clean Air Act, 42 U.S.C. § 7604(b),
17  AIR sent Corrie Vanderham Dairy, Inc., and Ag Resources, LLC, a 60-day notice of intent to sue
18  on July 10, 2006 and August 29, 2006, respectively.  The 60-day period for the most recent
19  notice letter runs on October 28, 2006.

20  **NOW, THEREFORE**, Plaintiff and Defendants stipulate as follows:
21  1. Plaintiff may file its First Amended Complaint on or after October 28, 2006.

Dated: October 9, 2006                    Plaintiff Association of Irritated Residents

                                          /s/ Avinash Kar
                                          Avinash Kar
                                          Attorney for Plaintiff

1 | Dated: October 9, 2006            Defendants C&R Vanderham Dairy, *et al.*

3 |                                    /s/ David R. Albers
                                       David R. Albers
4 |                                    Attorney for Defendants

6 |  Good Cause appearing therefore,

8 | IT IS SO ORDERED.

9 | **Dated:    October 23, 2006**            /s/ **Sandra M. Snyder**
   icido3                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO AMEND THE COMPLAINT                       2