1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA 94102
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   Center on Race, Poverty & the Environment
7  1302 Jefferson Street, Suite 2
   Delano, CA 93215
8  (661) 720-9140
   (661) 720-9483 fax
9
   Attorneys for Plaintiffs
10

11                    **IN THE U.S. DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13                         **FRESNO DIVISION**

14

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | NO. 1:05-cv-01593-AWI-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: MOTIONS TO COMPEL AND RESPONSES TO DISCOVERY REQUESTS [60]** |
| C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation, | |
| Defendants. | |

**Whereas**, on September 11, 2006, Plaintiff Association of Irritated Residents ("AIR")

1  served the Request for Inspection of Land and Property pursuant to Rule 34 of the Federal Rules
2  of Civil Procedure, and Defendants Corrie Vanderham, Rick Vanderham, and C&R Vanderham
3  Dairy (collectively "Vanderham") failed to served timely responses thereto; and
4    **Whereas**, on September 11, 2006, AIR served the Third Set of Requests for Production,
5  and Vanderham failed to serve timely responses thereto; and
6    **Whereas**, on October 25, 2006, counsel for AIR discussed the failure to respond with
7  counsel for Vanderham, who stated that Vanderham would respond by October 31, 2006, and
8  counsel for Air agreed to withdraw any motion to compel if responses and documents were
9  received before the hearing on the motion; and
10   **Whereas**, on November 7, 2006, because AIR had not received a response to the
11 discovery requests at issue, AIR filed a Notice of Motion and Motion to Compel Production of
12 Documents and Responses to Request for Inspection of Land and Property with a hearing date of
13 November 17, 2006 (Docket 60); and
14   **Whereas**, on November 8, 2006, counsel for Vanderham and counsel for AIR agreed that
15 Vanderham would provide responses by November 14, 2006 and that AIR would withdraw its
16 motion; and
17   **Whereas**, on November 16, 2006, because responses had not yet been produced, counsel
18 for Vanderham transmitted by facsimile partial responses to the discovery requests;
19
20 NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:
21   1. Vanderham shall send by Federal Express for delivery to counsel for AIR by
22 November 17, 2006, hard copies of the documents and responses transmitted by facsimile on
23 November 16, 2006;
24   2. AIR, its experts, and its counsel (or any combination thereof) shall inspect the C&R
25 Vanderham Dairy operation between December 18 and 20 (inclusive), with times to be arranged
26 to AIR's requirements;
27   3. Vanderham shall ensure that all existing financial reports for C&R Vanderham Dairy
28 and Corrie Vanderham Dairy, Inc. for the years 1993 to 2000 are received by counsel for AIR by

November 22, 2006;

    4. Vanderham shall ensure that all documents responsive to Requests for Production Nos. 18 and 20 are received by counsel for AIR by November 22, 2006;

    5. AIR shall withdraw its motion to compel with a hearing date of November 17, 2006; and

    6. Upon receipt of all responses and documents responsive to discovery request, AIR shall withdraw its motion to compel with a hearing date of December 8, 2006.

**APPROVED AS TO FORM AND CONTENT:**

Dated: November 16, 2006        CENTER ON RACE, POVERTY & THE ENVIRONMENT

/s/Avinash Kar
Avinash Kar
Attorney for Plaintiff
Association of Irritated Residents

Dated: November 16, 2006        DAVID R. ALBERS, INC.

/s/ David R. Albers
David R. Albers
Attorney for Defendants
C&R Vanderham Dairy, Rick Vanderham,
and Corrie Vanderham

IT IS SO ORDERED.

**Dated:   November 17, 2006**        /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE