1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA 94102
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   Center on Race, Poverty & the Environment
7  1302 Jefferson Street, Suite 2
   Delano, CA 93215
8  (661) 720-9140
   (661) 720-9483 fax
9
   Attorneys for Plaintiffs
10

11                **IN THE U.S. DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13                         **FRESNO DIVISION**

14

15  ASSOCIATION OF IRRITATED RESIDENTS, an  )  NO. 1:05-CV-01593-AWI-SMS
    unincorporated association,             )
16                                          )
         Plaintiff,                         )
17                                          )  **STIPULATION AND ORDER**
         v.                                 )  **RE: DEPOSITIONS OF AIR**
18                                          )  **DISTRICT STAFF IN**
                                            )  **RELATED CASE**
19  C & R VANDERHAM DAIRY, a California     )
    General Partnership, and RICK VANDERHAM and )
20  CORRIE VANDERHAM, owners and operators, )
    and CORRIE VANDERHAM DAIRY, INC., a     )
21  California Corporation, and AG RESOURCES, )
    LLC, a California Corporation,          )
22                                          )
         Defendants.                        )
23  _____)

1  **Whereas**, on October 25, 2006, attorneys for both AIR and Vanderham attended a deposition of San Joaquin Valley Unified Air Pollution Control District ("District") staff David Warner and Sheraz Gill; and

4  **Whereas**, the depositions were carried out in the case of *Association of Irritated Residents v. Fred Schakel Dairy, et al.*, No. 1:05-CV-00707-AWI-SMS; and

6  **Whereas**, similar issues are involved in this case and using the transcript from the October 25 depositions would avoid duplication of costs and effort;

9  NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:

10  1.  AIR and Vanderham may use the depositions of District staff David Warner and Sheraz Gill, carried out on October 25, 2006, as if they had been conducted as part of discovery for this case.

Dated: December 14, 2006            CENTER ON RACE, POVERTY & THE ENVIRONMENT

/s/Avinash Kar
Avinash Kar
Attorney for Plaintiff
Association of Irritated Residents

Dated: December 14, 2006            DAVID R. ALBERS, INC.

/s/ David R. Albers
David R. Albers
Attorney for Defendants
C&R Vanderham Dairy, Rick Vanderham,
Corrie Vanderham, Corrie Vanderham Dairy, Inc.,
and Ag Resources, LLC

STIPULATION AND [PROPOSED] ORDER
RE: DEPOSITIONS OF AIR DISTRICT STAFF IN
RELATED CASE                                          1

**ORDER**

**Good Cause Appearing,**

IT IS SO ORDERED.

**Dated:   January 3, 2007**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE