1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  450 Geary Street, Suite 500
   San Francisco, CA 94102
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   INGRID BROSTROM, California Bar No. 245,829
7  Center on Race, Poverty & the Environment
   1302 Jefferson Street, Suite 2
8  Delano, CA 93215
   (661) 720-9140
9  (661) 720-9483 fax

10 Attorneys for Plaintiff

11
## IN THE U.S. DISTRICT COURT
12
## FOR THE EASTERN DISTRICT OF CALIFORNIA
13
## FRESNO DIVISION
14

| | |
|---|---|
| 15  ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | NO. 1:05-CV-01593-AWI-SMS |
| 16 | |
| 17             Plaintiff, | |
| 18      v. | **STIPULATION AND ORDER RE: AUTHENTICITY OF DOCUMENTS PRODUCED BY VANDERHAM IN RESPONSE TO REQUESTS FOR PRODUCTION AND BY DISTRICT STAFF AT DEPOSITIONS** |
| 19  C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation, | |
| 23             Defendants. | **Hon. Sandra M. Snyder** |

1     **Whereas**, C&R Vanderham Dairy, Rick Vanderham, Corrie Vanderham, Corrie
2 Vanderham Dairy, Inc., and Ag Resources, LLC (collectively "Vanderham") have submitted
3 Bates stamped documents in response to Association of Irritated Residents' ("AIR's") requests
4 for production; and

5     **Whereas,** on January 3, 2007, this Court approved a stipulation between AIR and
6 Vanderham stating that AIR and Vanderham may use the depositions of San Joaquin Valley
7 Unified Air Pollution Control District staff David Warner and Sheraz Gill, carried out on
8 October 25, 2006 in the related case of *Association of Irritated Residents v. Fred Schakel Dairy,*
9 *et al.*, No. 1:05-CV-00707-AWI-SMS, as if they had been conducted as part of discovery for this
10 case (Docket # 73); and

11     **Whereas**, Vanderham recognizes the authenticity of the documents produced in response
12 to the requests for production; and

13     **Whereas,** Vanderham and AIR recognize the authenticity of the documents produced by
14 District staff at the depositions,

15

16 NOW, THEREFORE, Plaintiffs and Defendants stipulate to the authenticity of documents
17 produced by Vanderham in its responses to AIR's Requests for Production of Documents, Bates
18 stamped pages 10001-011181, as well as the documents produced at the depositions, Bates
19 stamped pages 000281-001543.

20

21 Dated: February 21, 2007          CENTER ON RACE, POVERTY & THE
22                                                                         ENVIRONMENT

23                                                                        /s/ Avinash Kar
                                                                       Avinash Kar
24                                                                        Attorney for Plaintiff
                                                                       Association of Irritated Residents
25

26

27 Dated: February 21, 2007          DAVID R. ALBERS, INC.

28 STIPULATION AND PROPOSED ORDER RE:
   AUTHENTICITY OF DOCUMENTS PRODUCED
   BY VANDERHAM IN RESPONSE TO REQUESTSFOR
   PRODUCTION AND BY DISTRICT STAFF AT DEPOSITIONS    1

```
                                        /s/ David R. Albers
                                        David R. Albers
                                        Attorney for Defendants
                                        C&R Vanderham Dairy, Rick Vanderham,
                                        Corrie Vanderham, Corrie Vanderham Dairy, Inc.,
                                        and Ag Resources, LLC
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 5, 2007**                      **/s/ Sandra M. Snyder**
icido3                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER RE:
AUTHENTICITY OF DOCUMENTS PRODUCED
BY VANDERHAM IN RESPONSE TO REQUESTS FOR
PRODUCTION AND BY DISTRICT STAFF AT DEPOSITIONS        2