BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
57 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
INGRID BROSTROM, California Bar No. 245,829
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>  Plaintiff,<br><br>  v.<br><br>C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation,<br><br>  Defendants. | NO. 1:05-CV-01593-OWW-SMS<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO DISCLOSE EXPERT REPORTS** |

1  **WHEREAS**, the expert report disclosures are currently due on March 16, 2007, pursuant
2  to the Scheduling Conference Order of May 5, 2006 (Docket # 33); and
3  **WHEREAS**, the Parties require further time to adequately prepare their economic expert
4  reports;

6  NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:
7      1.   The deadline to submit economic expert reports shall be extended until May 15,
8  2007.
9      2.   All other expert reports remain due on March 16, 2007.

11  Dated: March 12, 2007        CENTER ON RACE, POVERTY & THE ENVIRONMENT

13          /s/Avinash Kar
14          Avinash Kar
        Attorney for Plaintiff
        Association of Irritated Residents

16  Dated: March 12, 2007        DAVID R. ALBERS, INC.

18          /s/ David R. Albers
        David R. Albers
        Attorney for Defendants
19          C&R Vanderham Dairy, Rick Vanderham,
        Corrie Vanderham, Corrie Vanderham Dairy, Inc.,
20          and Ag Resources, LLC

22  **ORDER**
23  IT IS SO ORDERED.
24  **Dated:   March 16, 2007**        /s/ Sandra M. Snyder
   icido3                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
RE: EXTENSION OF TIME TO DISCLOSE EXPERT REPORTS   1