1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA 94108
4  (415) 346-4179
   (415) 346-8723 fax
5

6  CAROLINE FARRELL, California Bar No. 202,871
   INGRID BROSTROM, California Bar No. 245,829
7  Center on Race, Poverty & the Environment
   1302 Jefferson Street, Suite 2
8  Delano, CA 93215
   (661) 720-9140
9  (661) 720-9483 fax

10 Attorneys for Plaintiff

11
12                            **IN THE U.S. DISTRICT COURT**
13                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**
14                                   **FRESNO DIVISION**

15 | | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | NO. 1:05-CV-01593-OWW-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINE FOR DEPOSITIONS** |
| C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation, | |
| Defendants. | |

1  **WHEREAS**, the economic expert report disclosures are due on May 15, 2007, pursuant
2  to the Stipulation and Order Re: Extension of Time to Disclose Expert Reports (Docket 80) ; and
3  **WHEREAS**, the hearing for Plaintiff's Motion for Summary Judgment is currently
4  scheduled for May 21, 2007 (Docket 91); and
5  **WHEREAS**, the current discovery deadline is June 1, 2007 (Docket 33); and
6  **WHEREAS**, the Parties require additional time to adequately prepare for and conduct
7  depositions for the case;

9  NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:
10  1.  The deadline to complete depositions shall be extended until June 30, 2007; and
11  2.  The current deadline of June 1, 2007 will continue to apply to all other discovery.

13  Dated: May 4, 2007                CENTER ON RACE, POVERTY & THE
                                       ENVIRONMENT

15                                     /s/ Avinash Kar
                                       Avinash Kar
16                                     Attorney for Plaintiff
                                       Association of Irritated Residents

18  Dated: May 4, 2007                DAVID R. ALBERS, INC.

20                                     /s/ David R. Albers
                                       David R. Albers
                                       Attorney for Defendants
21                                     C&R Vanderham Dairy, Rick Vanderham,
                                       Corrie Vanderham, Corrie Vanderham Dairy, Inc.,
22                                     and Ag Resources, LLC

24  IT IS SO ORDERED.
25  **Dated:   May 7, 2007**                  /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION
OF DISCOVERY DEADLINE FOR DEPOSITIONS           1