1  David R. Albers, Esq., State Bar #201423
2  DAVID R. ALBERS, INC.
   Attorney at Law
3  200 New Stine Road, Suite 220
   Bakersfield, CA 93309
4  Telephone: (661) 617-6240
5  Facsimile: (661) 617-6238

6  Attorney for Defendants,

7               IN THE U.S. DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA
                    FRESNO DIVISION
9

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association<br><br>    Plaintiffs,<br><br>vs.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, CORRIE VANDERHAM DAIRY, INC., a California corporation, AG RESOURCES, LLC, a California limited liability company,<br><br>    Defendants | NO. 1:05-CV-01593-OWW-SMS<br><br>STIPULATION AND **ORDER** RE CHANGE OF HEARING DATE ON PLAINTIFF'S MOTION TO PRECLUDE EXPERT TESTIMONY OF GARY B. GENSKE<br><br>Old Hearing Date: 7/2/07 10:00am<br>Before Judge Wanger<br><br>**NEW HEARING DATE: AUGUST 24, 2007**<br>**TIME: 9:30AM**<br>**BEFORE: JUDGE SNYDER** |

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER RE CHANGE OF HEARING DATE
ON PLAINTIFF'S MOTION TO PRECLUDE EXPERT TESTIMONY OF GARY B. GENSKE

1

PDF created with pdfFactory trial version www.pdffactory.com

1   **WHEREAS**, on June 1, 2007, Plaintiff filed a Motion to Preclude the Expert Testimony of
2   Gary B. Genske ("Motion" Docket 91) with the hearing scheduled for July 2, 2007; and
3   **WHEREAS**, Defendant's attorney is unavailable on that date; and
4   **WHEREAS**, parties have met and conferred regarding a new hearing date as well as an
5   adjusted briefing schedule;
6   NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:
7       1.   Plaintiff's Motion to Preclude the Expert Testimony of Gary
8       B. Genske shall be heard on July 30, 2007 at 10:00 AM - **hearing date changed\*;**
9       2.   Defendants Opposition to the Motion shall be filed on or before July 9, 2007; and
10      3.   Plaintiff's Reply Brief shall be due on or before July 23, 2007.
11  **APPROVED AS TO FORM AND CONTENT:**
12  Dated: June 20, 2007                DAVID R. ALBERS, INC.

                                        By: /s/ David R. Albers
                                            David R. Albers
                                            Attorney for Defendants
                                            C&R VANDERHAM DAIRY, RICK VANDERHAM, CORRIE VANDERHAM, CORRIE VANDERHAM DAIRY, INC., AND AG RESOURCES, LLC

Dated: June 20, 2007                CENTER ON RACE, POVERTY & THE ENVIRONMENT

                                        By: /s/ Avinash Kar
                                            Avinash Kar
                                            Attorney for Plaintiff
                                            ASSOCIATION OF IRRITATED RESIDENTS

**ORDER**

**Good Cause Appearing, IT IS SO ORDERED – HEARING DATE TO BE AUGUST 24, 2007 AT 9:30A.M. BEFORE JUDGE SNYDER IN COURTROOM #7\*.**

Dated: 6/27/2007                    /s/ Sandra M. Snyder
                                    SANDRA M. SNYDER
                                    United States Magistrate Judge

---

STIPULATION AND [PROPOSED] ORDER RE CHANGE OF HEARING DATE
ON PLAINTIFF'S MOTION TO PRECLUDE EXPERT TESTIMONY OF GARY B. GENSKE

2

PDF created with pdfFactory trial version www.pdffactory.com