1  BRENT J. NEWELL, California Bar No. 210,312
   LUKE W. COLE, California Bar No. 145,505
2  AVINASH KAR, California Bar No. 240,190
   Center on Race, Poverty & the Environment
3  47 Kearny Street, Suite 804
   San Francisco, CA 94108
4  (415) 346-4179
   (415) 346-8723 fax
5
6  CAROLINE FARRELL, California Bar No. 202,871
   INGRID BROSTROM, California Bar No. 245,829
7  Center on Race, Poverty & the Environment
   1302 Jefferson Street, Suite 2
8  Delano, CA 93215
   (661) 720-9140
9  (661) 720-9483 fax

10 Attorneys for Plaintiff

11
12                    IN THE U.S. DISTRICT COURT
13              FOR THE EASTERN DISTRICT OF CALIFORNIA
14                        FRESNO DIVISION

15 | ASSOCIATION OF IRRITATED RESIDENTS, an        ) NO. 1:05-CV-01593-OWW-SMS
   | unincorporated association,                   )
16 |                                               )
17 |         Plaintiff,                            )
   |                                               ) ▓▓▓▓▓▓▓▓ ORDER
18 |    v.                                         ) GRANTING PLAINTIFF'S EX
   |                                               ) PARTE REQUEST FOR
19 | C & R VANDERHAM DAIRY, a California General   ) EXTENSION OF TIME TO
   | Partnership, and RICK VANDERHAM and CORRIE    ) DEPOSE AG RESOURCES,
20 | VANDERHAM, owners and operators, and CORRIE   ) LLC
   | VANDERHAM DAIRY, INC., a California Corporation,)
21 | and AG RESOURCES, LLC, a California Corporation,)
   |                                               ) Hon. Sandra M. Snyder
22 |         Defendants.                           )
   |                                               )
23 |_____ )

24
25
26
27 PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
   FOR EXTENSION OF TIME TO DEPOSE AG
28 RESOURCES, LLC

ORDER

Good Cause Appearing, Plaintiff's Request to Extend the Time to Depose Ag Resources, LLC is granted. The deposition deadline for the Deposition of Ag Resources, LLC is extended until an Ag Resources representative knowledgeable about the issues outlined in the deposition notice is available.

Dated: 6/27/07

SANDRA M. SNYDER
United States Magistrate Judge

The Court met informally (no record) and telephonically with Counsel Kar and Albers at approximately 3:50 p.m. on 6/24/07. The Court admonished Mr. Albers to find a convenient time for Mr. Boyd's deposition and that the June 30, 2007 discovery deadline was waived for purposes of this deposition.

SMS

PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO DEPOSE AG RESOURCES, LLC                              1