BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
INGRID BROSTROM, California Bar No. 245,829
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiff

# IN THE U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation,<br><br>　　　　Defendants. | NO. 1:05-CV-01593-OWW-SMS<br><br>**STIPULATION AND ORDER TO MOVE DATES FOR PRE-TRIAL DISCLOSURES, JOINT PRE-TRIAL STATEMENT, PRE-TRIAL CONFERENCE, AND TRIAL DATE**<br><br>**Hon. Oliver W. Wanger** |

**WHEREAS**, pre-trial disclosures are currently due on August 7, 2007, a joint pre-trial

1  statement is due on August 10, 2007, the pre-trial conference is currently set for August 17, 2007,
2  and trial is currently set for September 25, 2007 (Scheduling Order, Docket 33); and
3      **WHEREAS**, a hearing on Defendants' Motion for Summary Judgment is currently
4  scheduled for August 6, 2007 (Docket 123) and a decision is pending on Plaintiff's Motion for
5  Summary Judgment (Docket 91, 92); and
6      **WHEREAS**, the parties believe that the Court's decision materially affects the content of
7  the pre-trial disclosures, joint pre-trial statement, and pre-trial conference and that the current
8  dates should be moved so that the parties have the opportunity to appropriately incorporate the
9  Court's decision into their decisions on pre-trial disclosures, the joint pre-trial statement, and the
10  pre-trial conference; and
11      **WHEREAS**, the Defendants only recently retained Thomas Anton & Associates as
12  counsel to assist in the preparation of trial and Defendants reasonably believe that additional time
13  is necessary and appropriate for new counsel to adequately prepare for trial; and
14      **WHEREAS**, the parties have consulted on alternate dates and agreed on dates that are
15  acceptable to both sides;
16
17  NOW, THEREFORE, Plaintiff and Defendants stipulate as follows:
18      1.   The trial date is moved to November 6, 2007;
19      2.   The date for the pre-trial conference is moved to September 24, 2007;
20      3.   The date for the joint pre-trial statement is moved to September 17, 2007; and
21      4.   The date for pre-trial disclosures is moved to September 10, 2007.
22
23  Dated: July 31, 2007                      CENTER ON RACE, POVERTY & THE
24                                            ENVIRONMENT
25                                            /s/ Avinash Kar
                                          Avinash Kar
26                                            Attorney for Plaintiff
                                          Association of Irritated Residents
27  Dated: July 31, 2007                      DAVID R. ALBERS, INC.
28

|  |  |
|---|---|
| 1 | /s/ David R. Albers |
| 2 | David R. Albers<br>Attorney for Defendants<br>C&R Vanderham Dairy, Rick Vanderham,<br>Corrie Vanderham, Corrie Vanderham Dairy, Inc.,<br>and Ag Resources, LLC |

**ORDER**

**Good Cause Appearing,**
IT IS SO ORDERED.

**Dated:   August 1, 2007**            /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE