BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
INGRID BROSTROM, California Bar No. 245,829
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiff

# IN THE U.S. DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, and CORRIE VANDERHAM DAIRY, INC., a California Corporation, and AG RESOURCES, LLC, a California Corporation,<br><br>Defendants. | NO. 1:05-CV-01593-OWW-SMS<br><br>**STIPULATION AND ORDER TO MOVE DATES FOR PRE-TRIAL DISCLOSURES, JOINT PRE-TRIAL STATEMENT, PRE-TRIAL CONFERENCE, AND TRIAL DATE**<br><br>**Hon. Oliver W. Wanger** |

**WHEREAS**, pre-trial disclosures are currently due on September 10, 2007, a joint pre-

1 trial statement is due on September 17, 2007, the pre-trial conference is currently set for
2 September 24, 2007, and trial is currently set for November 6, 2007 (Docket #154);

3     **WHEREAS**, Plaintiff's Motion for Summary Judgment (Docket #91, 92) and
4 Defendants' Motion for Summary Judgment (Docket #123) have been submitted and are pending
5 before the Court;

6     **WHEREAS**, the parties believe that the Court's decision on the motions for summary
7 judgment materially affects the content of the pre-trial disclosures, joint pre-trial statement, and
8 pre-trial conference and that the current dates should be moved so that the parties have the
9 opportunity to appropriately incorporate the Court's decision into their decisions on pre-trial
10 disclosures, the joint pre-trial statement, and the pre-trial conference;

11     **WHEREAS**, the parties believe the proposed schedule set forth below will promote
12 judicial economy because the related case *Association of Irritated Residents v. Fred Schakel*
13 *Dairy*; No. 05-00707 (E.D. Cal) has a May 28, 2008 trial date; and

14     **WHEREAS**, the parties have consulted on alternate dates and agreed on dates that are
15 acceptable to both sides.

16

17 NOW, THEREFORE, Plaintiff and Defendants stipulate as follows:
18     1.    The trial date is moved to March 18, 2008;
19     2.    The date for the pre-trial conference is moved to February 4, 2008;
20     3.    The date for the joint pre-trial statement is moved to January 29, 2008; and
21     4.    The date for pre-trial disclosures is moved to January 22, 2008.
22

23 Dated: September 7, 2007                        CENTER ON RACE, POVERTY & THE
24                                                        ENVIRONMENT

25                                                        /s/ Brent Newell
                                                       Brent Newell
26                                                        Attorney for Plaintiff
                                                       Association of Irritated Residents

27 Dated: September 7, 2007                         THOMAS ANTON & ASSOCIATES, INC.
28

STIPULATION AND [PROPOSED] ORDER TO MOVE DATES
FOR PRE-TRIAL DISCLOSURES, JOINT PRE-TRIAL
STATEMENT, PRE-TRIAL CONFERENCE AND TRIAL DATE    1

                /s/ Thomas J. Anton
Thomas J. Anton
Attorney for Defendants
C&R Vanderham Dairy, Rick Vanderham, Corrie Vanderham, Corrie Vanderham Dairy, Inc., and Ag Resources, LLC

**ORDER**

**Good Cause Appearing,**

IT IS SO ORDERED.

**Dated:   September 7, 2007**              **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE