

FILED

DEC 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>C & R VANDERHAM DAIRY, a California General Partnership, and RICK VANDERHAM and CORRIE VANDERHAM DAIRY, INC. a California Corporation, and AG RESOURCES, LLC, a California Corporation,<br><br>Defendants. | Case No. 1:05-CV-01593-OWW-SMS<br><br>Assigned To: Hon. Oliver W. Wanger<br><br>**ORDER GRANTING CALIFORNIA DAIRY CAMPAIGN, COMMUNITY ALLIANCE FOR RESPONSIBLE ENVIRONMENTAL STEWARDSHIP, MILK PRODUCERS COUNCIL AND WESTERN UNITED DAIRYMEN LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION** |

Upon consideration of the Application of California Dairy Campaign ("CDC"), the Community Alliance for Responsible Environmental Stewardship ("CARES"), Milk Producers Council ("MPC") and Western United Dairymen ("Dairymen") (collectively the "Dairy Organizations") for Leave to File *Amicus Curiae* Brief in support of defendants' Motion for Reconsideration, the Court finds that the Proposed *Amicus Curiae* Brief may be useful to or otherwise desirable to

12442-00005/1612809.1

the Court in deciding the issues raised in defendants' Motion for Reconsideration. Accordingly,

IT IS SO ORDERED, that:

1. Dairy Organizations are granted leave to file its Proposed *Amicus Curiae* Brief in support of defendants' Motion for Reconsideration;
2. ~~Dairy Organizations are granted leave to file a supplemental brief in response to plaintiff's opposition to defendants' Motion for Reconsideration should an opposition be filed; and~~
3. ~~Dairy Organizations are permitted to appear before this Court and present oral argument at any hearings on defendants' Motion for Reconsideration.~~

Dated: 12-17-07

Honorable Oliver W. Wanger