David R. Albers, Esq., State Bar #201423
DAVID R. ALBERS, INC.
Attorney at Law
200 New Stine Road, Suite 220
Bakersfield, CA 93309
Telephone: (661) 617-6240
Facsimile: (661) 617-6238

Thomas J. Anton, State Bar # 60450
Stephen P. Wainer, State Bar # 156197
THOMAS ANTON & ASSOCIATES, INC.
P O Box 2127
1600 G Street
Bakersfield, CA 93301
Telephone:          (661) 327-7051
Facsimile:          (661) 327-4755

Attorney for Defendants,

IN THE U.S. DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association<br><br>    Plaintiff,<br><br>vs.<br><br>C&R VANDERHAM DAIRY, a California Proprietorship, and RICK VANDERHAM and CORRIE VANDERHAM, owners and operators, CORRIE VANDERHAM DAIRY, INC., a California corporation, AG RESOURCES, LLC, a California limited liability company,<br><br>    Defendants | NO. 1:05-CV-01593-OWW-SMS<br><br>STIPULATION AND ORDER RE CHANGE OF DUE DATE FOR FILING OF JOINT PRETRIAL STATEMENT<br><br><br>HON. OLIVER W. WANGER<br><br>TRIAL DATE: MARCH 18, 2008<br><br>TIME: 9:00 A.M. |

///

///

///

STIPULATION AND [PROPOSED] ORDER RE CHANGE
OF DUE DATE FOR FILING OF JOINT PRETRIAL STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  **WHEREAS**, pre-trial conference was set for February 4, 2008 (Docket No. 159) but was
2  reset by order of the Court to February 19, 2008 at 11:00 am (Docket No. 174);

3  **WHEREAS**; the Court has set the Motion for Reconsideration for hearing on February 4,
4  2008 at 10:00 am (Docket No. 174);

5  **WHEREAS,** the joint pretrial statement is due January 29, 2008 (Docket No. 159);

6  **WHEREAS**, Local Rule 16-281(a)(3) states that a joint pretrial statement should be filed
7  at least five court days before the pretrial conference; and

8  **WHEREAS**, the parties have met and conferred regarding the need for additional time to
9  prepare and file the joint pre-trial statement.

10

11  NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:

12  1.  The date for filing the joint pre-trial statement is reset to February 11, 2008.

13

14  **APPROVED AS TO FORM AND CONTENT:**

15  Dated: January 25, 2008              DAVID R. ALBERS, INC.

16                                      By: /s/ David R. Albers
17                                          David R. Albers
                                            Attorney for Defendants
18                                          C&R VANDERHAM DAIRY, RICK
                                            VANDERHAM, CORRIE VANDERHAM,
19                                          CORRIE VANDERHAM DAIRY, INC., AND
20                                          AG RESOURCES, LLC

21
    Dated: January 25, 2008              THOMAS ANTON & ASSOCIATES, INC.
22

23                                      By: /s/ Thomas J. Anton
                                            Thomas J. Anton
24                                          Attorney for Defendants
                                            C&R VANDERHAM DAIRY, RICK
25                                          VANDERHAM,
                                            CORRIE VANDERHAM, CORRIE
26                                          VANDERHAM DAIRY, INC., AND AG
27                                          RESOURCES, LLC

28

STIPULATION AND [PROPOSED] ORDER RE CHANGE
OF DUE DATE FOR FILING OF JOINT PRETRIAL STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: January 25, 2008                             CENTER ON RACE, POVERTY & THE
                                                      ENVIRONMENT
2

3                                                      By: /s/ Brent Newell
                                                         Brent Newell
4                                                        Attorney for Plaintiff
                                                         ASSOCIATION OF IRRITATED RESIDENTS
5

6  **ORDER**

7  **Good Cause Appearing, IT IS SO ORDERED.**

8

9  Dated: January 29, 2008                              /s/ OLIVER W. WANGER
                                                        Oliver W. Wanger
10                                                      United States District Court Judge