# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF IRRITATED RESIDENTS,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**C&R VANDERHAM DAIRY, et al.,**<br><br>　　　　　　　　**Defendants.** | 1:05-cv-1593-LJO-SMS<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 220)** |

On November 21, 2015, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 220 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　Dated:   **November 23, 2015**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE